Burnham against Charles W. Denike and others. No opinion. Motion for stay withdrawn. See 66 N. Y. Supp. 396, 1127.

BURTON v. PATTERSON. (Supreme Court, Appellate Division. First Department. February 15, 1901.) Action by Edward G. H. Burton against Frank J. Patterson. No opinion. Motion granted, with $10 costs.

BUSCH, Appellant, v. CUMMINGS, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 22, 1901.) Action by Frederick A. Busch against Lowell M. Cummings. No opinion. Judgment and order affirmed, with costs.

CAMPBELL, Respondent, v. FRIEDLANDER et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 31, 1901.) Action by Samuel I. Campbell (Genie H. Campbell), against Albert Friedlander and Marcus Marks. No opinion. Order affirmed, without costs of this appeal to either party.

CARPENTER, Respondent, v. PURVIS, Appellant. (Supreme Court. Appellate Division, Third Department. January 9, 1901.) Action by Andrew J. Carpenter against Robert Purvis. No opinion. Judgment unanimously affirmed, with costs.

CARVALHO, Appellant, v. BROOKLYN & J. B. TURNPIKE CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 25, 1901.) Action by David N. Carvalho against the Brooklyn & Jamaica Bay Turnpike Company. No opinion. Motion to resettle order denied. See 67 N. Y. Supp. 539.

CASH v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. January 25, 1901.) Action by Stephen Cash, Jr., an infant, against the New York Central & Hudson River Railroad Company. No opinion. Motion denied, with $10 costs. See 67 N. Y. Supp. 823.

CHAPMAN, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. February 8, 1901.) Application by George S. Chapman against the city of New York for an order directing defendant to pay applicant's disbursements and attorney's fees in defending charges preferred against him by the board of police commissioners, to remove him from his position as captain of the police force. From an order denying the application, applicant appeals. Affirmed. William F. S. Hart, for appellant. Theodore Connoly, for respondent.

RUMSEY, J. The applicant was a captain of the police force. On the 28th of December, 1896, charges were preferred against him by the board of police commissioners upon which he was brought to trial. The charges were dismissed, and he makes this application under chapter 700 of the Laws of 1899, for the appointment of a referee to fix the amount of counsel fees and expenses to which he was put in defending himself from those charges, and to require the city of New York to pay it. His application was denied, and from the order denying it this appeal is taken. The act in question applies in terms to proceedings commenced within any city or county to remove an officer of that city or county, or to convict him of any crime in the commission of his official duties. Without considering the very serious question whether the applicant here can be said in any sense to be an official or officer of the city or county of New York, or the other serious question whether these charges were brought against him for the purpose of removing him from his office, it is sufficient to say that the case in principle cannot be distinguished from In re Straus, 44 App. Div. 425, 61 N. Y. Supp. 37, and In re Jensen, 44 App. Div. 509, 60 N. Y. Supp. 933, in which cases it was held that, in so far as this statute attempted to impose a liability upon any city or county for something which was not a city or county purpose, it was beyond the power of the legislature, and was therefore unconstitutional. The question was sufficiently discussed in those two cases to express the reasons upon which the conclusions of the court were reached, and it is unnecessary to repeat them in this connection. For those reasons the order of the court below was correct, and must be affirmed, with costs and disbursements as of an action. All concur.

In re CLARKE. (Supreme Court, Appellate Division, First Department. February 15, 1901.) In the matter of David Clarke, deceased. No opinion. Motion denied, with $10 costs.

In re CLARKE. (Supreme Court, Appellate Division, First Department. February 25, 1901.) In the matter of David Clarke, deceased. No opinion. Motion denied, with $10 costs.

COBB v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. February 8, 1901.) Action by Carrie F. Cobb against the Metropolitan Street-Railroad Company. No opinion. Motion denied, with $10 costs. See 67 N. Y. Supp. 644.

COLLINS, Appellant, v. LOVE et al., Respondents. (Supreme Court, Appellate Division, First Department. February 25, 1901.) Action by Mary A. Collins against Samuel Love and others. H. Reeves, for appellant. C. C. Ferris, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

CONLON, Appellant, v. STARBUCK, Respondent. (Supreme Court, Appellate Division, First Department. February 8, 1901.) Action by Owen F. Conlon against James L. Starbuck as assignee. J. Delahunty, for appellant. C. P. Moses, for respondent. No opinion. Judgment affirmed, with costs.

CONTINENTAL NAT. BANK, Appellant, v. TRADESMEN'S NAT. BANK, Respondent. (Supreme Court, Appellate Division, First Department. December 21, 1900.) Action by the Continental National Bank against the Tradesmen's National Bank. W. Greerson, Jr., for